**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Dolores Romeo-Orellana,
Petitioner,
v.
Luis Rosa, Jr., et al.,
Respondents.

No. CV-26-03234-PHX-SMB (DMF)

**ORDER**

On May 8, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) In a May 12, 2026 Order, the Court issued an Order directing Respondents to show cause why the Petition should not be granted. (Doc. 4.) Seven days later, Respondents filed a Motion for Extension of Time to Respond. (Doc. 7.) On August 28, 2026, Petitioner filed an Amended Petition and a Motion to Appoint Counsel. (Docs. 13-14.) In a September 3, 2026 Order, the Court denied as moot Respondent's Motion for Extension, denied Petitioner's Motion to Appoint Counsel, and ordered Respondents to respond to the Petition no later than September 9, 2026 and Petitioner to reply by September 23, 2026. (Doc. 15.)

In their Response, Respondents state: "Respondent does not oppose Petitioner's request for release at this time." (Doc. 16.) The Court accepts this concession as non-opposition to granting the Amended Petition.

. . . .

. . . .

**IT IS ORDERED:**

(1) Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 13) is **granted** as to her request for release from custody. The remainder of the Amended Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 10th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge